## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER and<br>JODI BAER,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | C.A. No.<br><br>TRIAL DEMANDED |

## COMPLAINT

The Plaintiffs Gary Baer and Jodi Baer (the "Plaintiffs"), by and through their undersigned counsel, hereby complain against The United States of America (the "Defendant"), and state:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1346(b)(1).

2. Plaintiffs have complied with the jurisdictional requirements of 28 U.S.C. § 2675 in that the United States Postal Service ("USPS") issued a denial of Plaintiffs' claims on May 6, 2005, the Plaintiffs made a request for reconsideration which was received by the USPS on June 13, 2005 and the USPS failed to dispose of Plaintiffs' request for reconsideration within six (6) months, by December 13, 2005.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1402.

### PARTIES

4. Plaintiffs are residents of the State of Delaware, residing at 9 Bar Drive, Newark, Delaware 19702 and at all times relevant hereto were husband and wife.

5. The United States of America ("USA") is the proper party Defendant on behalf of the United States Postal Service ("USPS").

## BACKGROUND

6. On February 4, 2003, the Plaintiff, Gary Baer was working on the loading dock at the USPS Quigley Boulevard Branch in the State of Delaware as an employee of Calloway Transportation Company ("Calloway") and a business invitee of the USPS.

7. At the aforementioned place and date, William A. White, an employee of the USPS negligently operated a motor vehicle known as a "mule," proximately causing serious and permanent physical injury to Plaintiff Gary Baer.

## COUNT I

8. Plaintiffs incorporate herein be reference the allegations contained in paragraphs 1 through 7 of this Complaint as if fully set forth.

9. William A. White's operation of the motorized vehicle known as a "mule" was negligent in that he:

   (a) Operated that motorized vehicle in a careless and imprudent manner;

   (b) Operated that motorized vehicle without regard to circumstances and hazards that existed on the loading dock at that time;

   (c) Failed to give his full time and attention to the operation of that motorized vehicle;

   (d) Failed to maintain a proper lookout;

   (e) Operated such motorized vehicle at too great a speed for the condition and circumstances that existed at that time and place; and

(f) Was otherwise negligent as the discovery process will reveal.

10. At the time of this accident, which is the subject of this suit, William A. White was acting in his course and scope as an agent, servant and/or employee of the USPS, rendering the USPS and the United States of America vicariously liable for the acts of William A. White pursuant to the doctrine of respondeat superior and 28 U.S.C. §§ 2674 & 2679.

11. As a direct and proximate result of the aforementioned negligence of William A White, Plaintiff Gary Baer has sustained serious and permanent physical injury, pain and suffering and special damages in the form of past and future medical expenses and past and future lost wages.

12. As a direct and proximate result of the aforementioned negligence of William A. White, plaintiff Jody Baer has suffered the loss of the care, comfort, society, companionship and consortium of her husband, plaintiff Gary Baer.

## **COUNT II**

13. Plaintiffs incorporate herein by reference, as if fully set forth, the allegations contained in paragraphs 1 through 12 of this Complaint.

14. The injuries and damages suffered by plaintiff Gary Baer were proximately caused by the negligence of the USPS in that it:

(a) Entrusted the motorized vehicle known as a "mule" to William A. White when it knew or should have known that William A. White would not or was not likely to exercise due care in the operation of the "mule;"

(b) Failed to properly and adequately supervise William A. White in the operation of the "mule;"

  (c)  Failed to adequately train William A. White in the safe operation of the "mule;"

  (d)  Failed to provide a safe work environment to Plaintiff Gary Baer; and

  (e)  Was otherwise negligent as the discovery process will reveal.

15. As a direct and proximate result of the aforementioned negligence of the USPS, Plaintiff Gary Baer has sustained serious and permanent physical injury, pain and suffering and special damages in the form of past and future medical expenses and past and future lost wages.

16. As a direct and proximate result of the aforementioned negligence of the USPS Plaintiff Jody Baer has suffered the loss of the care, comfort, society, companionship and consortium of her husband, Plaintiff Gary Baer.

**WHEREFORE**, Plaintiffs demand judgment in their favor and against Defendant for general and special damages, interests, the costs of this suit, and any other costs this Honorable Court deems just.

          BIFFERATO, GENTILOTTI, BIDEN & BALICK, LLC

          _/s/ Vincent A. Bifferato, Jr._
          Vincent A. Bifferato, Jr. (Del. ID #2465)
          200 Biddle Avenue, Suite 203
          Springside Plaza
          Newark, DE 19702
          Telephone No.: (302) 429-1900
          Facsimile No.: (302) 832-7540
          **Attorney for Plaintiffs**

Date: January 31, 2006

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Gary Baer and Jodi Baer

**DEFENDANTS**
The United States of America

**(b)** County of Residence of First Listed Plaintiff  New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Vincent A. Bifferato, Jr., Esq. (#2465)
200 Biddle Ave., #203, Newark, DE 19702

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC §1346, 28 USC §2675
Brief description of cause:
Personal Injury action involving United States Postal Service

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 600,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
Vincent A. Bifferato, Jr. (#2465)

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____