AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

GARY BAER and
JODI BAER,

**SUMMONS IN A CIVIL CASE**

V.

THE UNITED STATES OF AMERICA,

CASE NUMBER:     06 - 65

TO: (Name and address of Defendant)
United States of America
Colm F. Connolly, Esquire
United States Attorney for the District of Delaware
1007 Orange Street, Suite 700
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vincent A. Bifferato, Jr., Esquire
Bifferato, Gentilotti, Biden & Balick, L.L.C.
Springside Plaza
200 Biddle Avenue, Suite 203
Newark, DE 19702
Telephone: (302) 429-1900
Facsimile: (302) 832-7540

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK    *Monica Mooley* (signature)

(By) DEPUTY CLERK

DATE    1/31/06

AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>2/8/2006 at 2:15 p.m. |
| NAME OF SERVER *(PRINT)*<br>Daniel Newcomb | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Colm F. Connolly, Esquire was effectuated by personally serving Lauren Williams, Business Agent duly authorized to accept service. Service was made at 1007 Orange St., Suite 700, Wilmington, DE 19801.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES<br>$15.00 | TOTAL<br>$15.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/10/06
                    Date

*Signature of Server*

2000 Pennsylvania Ave., #207, Wilmington, DE 19806
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.