AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

GARY BAER and
JODI BAER,

**SUMMONS IN A CIVIL CASE**

V.

THE UNITED STATES OF AMERICA,

CASE NUMBER: 06 - 65

TO: (Name and address of Defendant)

Linda K. Crump, Paralegal Specialist
United States Postal Service
National Tort Center
P.O. Box 66640
St. Louis, MO 63166-6640

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vincent A. Bifferato, Jr., Esquire
Bifferato, Gentilotti, Biden & Balick, L.L.C.
Springside Plaza
200 Biddle Avenue, Suite 203
Newark, DE 19702
Telephone: (302) 429-1900
Facsimile: (302) 832-7540

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    1/31/06

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 2-13-06 |
| NAME OF SERVER (PRINT) Milissa A. Thomas | TITLE | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): by Certified Mail, Return Receipt Requested (All attached)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-16-06
　　　　　　　　Date

Signature of Server: Milissa A. Thomas, Legal Assistant to Vincent A. Bifferato, Jr., Esq.

Address of Server: 200 Biddle Avenue, Suite 203, Newark, DE 19702

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .87 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Postmark: FEB 07 2006 USPS - 19701

Sent To: Linda K. Crump - Paralegal Specialist
U.S. Postal Service, National Tort Center
Street, Apt. No.; or PO Box No.: PO Box 66640
City, State, ZIP+4: St. Louis, MO 63166-6640

PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0000 1213 0150

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Linda K. Crump
Paralegal Specialist
United States Postal Service
National Tort Center
PO Box 66640
St. Louis, MO 63166-6640

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
FEB 1 2 2006

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

ST. LOUIS LAW OFFICE
RECEIVED
FEB 16 2006
BIFFERATO GENTILOTTI
BIDEN & BALICK, P.A.

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0000 1213 0150

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540