UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER and JODI BAER : | |
| : | C.A. No. 06-0065-SLR |
| Plaintiffs, : | |
| v. : | |
| : | |
| THE UNITED STATES OF AMERICA, : | |
| : | |
| Defendant. : | |

NOTICE OF SERVICE

    I, Seth M. Beausang, hereby attest under penalty of perjury that on this 24th day of May, 2006, I caused a copy of the United States' Rule 26(a)(1) Initial Disclosures to be served on the following counsel for Plaintiffs by first class mail:

Vincent A. Bifferato, Jr.
200 Biddle Avenue, Suite 203
Springside Plaza
Newark, Delaware 19702
(302) 429-1900
(302) 832-7540 (fax)

                                                         Respectfully submitted,

                                                         COLM F. CONNOLY
                                                         United States Attorney

                                                            /s/ Seth M. Beausang
                                                        Seth M. Beausang (DE I.D. No. 4071)
                                                        Assistant United States Attorney
                                                        1007 N. Orange Street, Suite 700
                                                        P.O. Box 2046
                                                        Wilmington, Delaware 19899-2046
                                                        (302) 573-6277, ext. 149
                                                        (302) 573-6220 (fax)