# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER AND JODI BAER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civ. No. 06-0065-SLR |
| v. | ) |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Vincent A. Bifferato, Jr., hereby certify that on this 20th day of November 2006, two copies of Plaintiffs' First Set of Interrogatories Directed to Defendant and Plaintiffs' Request for Production Directed to Defendant was served upon the following counsel for Defendant by first-class mail:

Seth M. Beausang, Esquire
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
Post Office Box 2046
Wilmington, DE 19899-2046

BIFFERATO, GENTILOTTI, BIDEN & BALICK, L.L.C.

/s/ Vincent A. Bifferato, Jr.
Vincent A. Bifferato, Jr. (Del. ID #2465)
Springside Plaza
200 Biddle Avenue, Suite 203
Newark, DE 19702
Telephone No.: (302) 429-1900
Facsimile No.: (302) 832-7540
Attorney for Plaintiffs