## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GARY BAER AND JODI BAER, | ) | |
| | ) | Civ. No. 06-065-SLR |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned counsel will take the oral deposition of

William White on **Thursday, December 28, 2006 at 10:30 a.m.**  The deposition will take place at

the law offices of Bifferato, Gentilotti, Biden & Balick, L.L.C., 1308 Delaware Avenue, Wilmington,

Delaware 19806.


BIFFERATO, GENTILOTTI, BIDEN & BALICK, L.L.C.

_____
Vincent A. Bifferato, Jr. (Del. ID # 2465)
Springside Plaza
200 Biddle Avenue, Suite 203
Newark, DE 19702
Telephone No.: (302) 429-1900
Facsimile No.: (302) 832-7540
**Attorney for Plaintiffs**


Dated: December 18, 2006

cc:    Corbett & Wilcox

## CERTIFICATE OF SERVICE

I, Vincent A. Bifferato, Jr., hereby certify that on this 18th day of December 2006, two copies

of the attached **NOTICE OF DEPOSITION** was served upon the following counsel, by electronic

filing, facsimile and first-class mail:

Seth M. Beausang, Esquire
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
Post Office Box 2046
Wilmington, DE 19899-2046

**BIFFERATO, GENTILOTTI, BIDEN & BALICK, L.L.C.**

Vincent A. Bifferato, Jr. (Del. ID #2465)
Springside Plaza
200 Biddle Avenue, Suite 203
Newark, DE 19702
Telephone No.: (302) 429-1900
Facsimile No.:   (302) 832-7540
**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I, Vincent A. Bifferato, Jr., hereby certify that on this 18th day of December 2006, two copies

of the attached **NOTICE OF DEPOSITION** was served upon the following counsel, by electronic

filing, facsimile and first-class mail:

Seth M. Beausang, Esquire
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
Post Office Box 2046
Wilmington, DE 19899-2046

BIFFERATO, GENTILOTTI, BIDEN & BALICK, L.L.C.

Vincent A. Bifferato, Jr. (Del. ID #2465)
Springside Plaza
200 Biddle Avenue, Suite 203
Newark, DE 19702
Telephone No.: (302) 429-1900
Facsimile No.:  (302) 832-7540
**Attorney for Plaintiffs**