UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER and JODI BAER       : | |
| : | C.A. No. 06-0065-SLR |
| Plaintiffs,      : | |
| v.            : | |
| : | |
| THE UNITED STATES OF AMERICA,  : | |
| : | |
| Defendant.     : | |

**NOTICE OF DEPOSITION**

TO:   Vincent A. Bifferato, Jr.
200 Biddle Avenue, Suite 203
Newark, DE 19702

I, Seth M. Beausang, hereby attest under penalty of perjury that on this 1st day of February, 2007, I gave Plaintiff notice by ECF that Defendant will take Plaintiff Gary Baer's deposition beginning at 9:30 a.m. on February 6, 2007, and continuing for as long as needed, at the following location:

Bifferato, Gentilotti, Biden, & Balick, P.A.
200 Biddle Avenue, Suite 203
Newark, DE 19702

The deposition will be recorded by stenographic means.

        COLM F. CONNOLLY
        United States Attorney

By:   /s/ Seth M. Beausang
Seth M. Beausang (De. I.D. No. 4071)
Assistant United States Attorneys
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277