**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GARY BAER and JODI BAER | : | |
| | : | C.A. No. 06-0065-SLR |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

     I, Seth M. Beausang, hereby attest under penalty of perjury that on this 9th day of February, 2007, I caused a copy of the United States' First Set of Interrogatories and First Set of Requests for Production of Documents to be served on the following counsel for Plaintiffs by electronic mail:

Vincent A. Bifferato, Jr.
200 Biddle Avenue, Suite 203
Springside Plaza
Newark, Delaware 19702
(302) 429-1900
(302) 832-7540 (fax)

                                      Respectfully submitted,

                                      COLM F. CONNOLY
                                      United States Attorney

                                          /s/ Seth M. Beausang
                                    Seth M. Beausang (DE I.D. No. 4071)
                                    Assistant United States Attorney
                                    1007 N. Orange Street, Suite 700
                                    P.O. Box 2046
                                    Wilmington, Delaware 19899-2046
                                    (302) 573-6277, ext. 149
                                    (302) 573-6220 (fax)