IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER and JODI BAER, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-65-SLR |
| THE UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## ORDER

At Wilmington this **27th** day of **February, 2007**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, March 6, 2007 at 10:00 a.m. has been rescheduled to **Tuesday, April 17, 2007 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Thursday, April 5, 2007.** All other provisions of the Court's June 19, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE