

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

*1007 N.Orange Street, Suite 700*  (302) 573-6277
*P.O. Box 2046*  *FAX (302) 573-6220*
*Wilmington, Delaware 19899-2046*  *TTY (302) 573- 6274*
  *Toll Free (888) 293-8162*

May 14, 2007

VIA E-FILING

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

  RE: Baer v. United States, No. 06-65 (D. Del.)

Dear Chief Judge Robinson:

  I write on behalf of all parties to the above-referenced action. On April 17, 2007, the parties appeared before the Honorable Magistrate Judge Thynge for mediation but have not yet been able to agree on a settlement. Because the Court's scheduling order does not specify a trial date for this matter, the parties respectfully request a teleconference with the Court to schedule a trial date.

  At trial the Plaintiffs intend to prove, in addition to the other elements of their claims, that they can recover more than the amounts they submitted in their administrative claims to the Postal Service based on alleged "newly discovered evidence not reasonably discoverable at the time of presenting the claim to the federal agency, or upon allegation and proof of intervening facts, relating to the amount of the claim." See 28 U.S.C. § 2675. The Defendant does not believe Plaintiffs will be able to meet their burden of proof regarding that issue. The parties agree, with the Court's permission, that this issue can be determined at trial.

  Plaintiffs also do not object to the Defendant deposing the Plaintiffs' expert on this issue, and the Defendant does not object to Plaintiffs deposing any witnesses the Defendant intends to call at trial.

  The parties are available at the call of the Court to address any questions or concerns.

        Respectfully,

        COLM F. CONNOLLY
        United States Attorney

    By:   /s/ Seth M. Beausang
        Seth M. Beausang (I.D. No. 4071)
        Assistant United States Attorney

cc:    Vincent A. Bifferato, Jr. (by e-file)