IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER and JODI BAER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 06-065-SLR |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 7th day of June 2007, having conferred with the parties and plaintiffs having agreed to allow defendant to depose their expert;

IT IS ORDERED that:

1. All discovery shall be completed by **December 3, 2007**.

2. A pretrial conference will be held on **December 3, 2007 at 4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

3. This matter is scheduled for a two day bench trial commencing on **December 17, 2007** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge