IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GARY BAER and JODI BAER,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. 06-065-SLR

## NOTICE OF DEPOSITION

TO: **Vincent A. Bifferato, Jr.**
Bifferato Gentilotti Biden & Balick
200 Biddle Avenue, Suite 203
Newark, DE 19702

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, the undersigned will take the oral deposition of **Randeep Kahlon, M.D., on Tuesday, July 17, 2007** at **5:15 p.m.**, at the office of Dr. Kahlon, Medical Arts Pavilion I, Suites 225 & 238, 4745 Ogletown-Stanton Road, Newark, Delaware, 19713. The deposition will be recorded by stenographic means.

    COLM F. CONNOLLY
    United States Attorney

By: /s/Seth M. Beausang
    Seth M. Beausang
    Assistant United States Attorney
    Delaware Bar I.D. No. 4071
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Seth.Beausang@usdoj.gov

Dated: **July 16, 2007**

cc: Wilcox & Fetzer