IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER AND JODI BAER, ) | |
| ) | Civ. No. 06-065-SLR |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that David A. Denham, Esquire of the law firm of Bifferato Gentilotti LLC, hereby enters his appearance as counsel on behalf of Plaintiffs, Gary Baer and Jodi Baer, in the above action. Vincent A. Bifferato, Jr., Esquire will remain as lead counsel for Plaintiffs, Gary Baer and Jodi Baer.

BIFFERATO GENTILOTTI LLC

_____
David A. Denham Esquire (DE State Bar No.: 4240)
Springside Plaza
100 Biddle Avenue, Suite 100
Newark, DE 19702
Telephone No.: (302) 429-1900
Facsimile No.: (302) 832-7540
**Attorney for Plaintiffs**

Date: July 23, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER AND JODI BAER,<br><br>      Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | )<br>)  Civ. No. 06-065-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, David A. Denham, Esquire hereby certify that on this 23rd day of July 2007, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was served upon the following, by electronic filing and first-class mail, postage pre-paid, to:

      Seth M. Beausang, Esquire
      Assistant United States Attorney
      U.S. Attorney's Office
      1007 Orange Street, Suite 700
      Post Office Box 2046
      Wilmington, DE 19899-2046

      BIFFERATO GENTILOTTI LLC

      _____
      David A. Denham Esquire (DE State Bar No.: 4240)
      Springside Plaza
      100 Biddle Avenue, Suite 100
      Newark, DE 19702
      Telephone No.: (302) 429-1900
      Facsimile No.: (302) 832-7540
      **Attorney for Plaintiffs**