IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER AND JODI BAER, ) | |
| ) | Civ. No. 06-065-SLR |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VIDEO TRIAL DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 30, *et seq.*, the undersigned will take the video trial deposition of **Randeep S. Kahlon, M.D. on Tuesday, December 11, 2007 at 5:15 p.m.** The video trial deposition will be held at First State Orthopaedics, Medical Arts Pavilion I, 4745 Ogletown-Stanton Road, Suite 225, Newark, Delaware 19713.

**BIFFERATO GENTILOTTI LLC**

Vincent A. Bifferato, Jr., Esq. (DE Bar I.D. No. 2465)
David A. Denham Esquire (DE Bar I.D. No. 4240)
Springside Plaza
100 Biddle Avenue, Suite 100
Newark, DE 19702
Telephone No.: (302) 429-1900
Facsimile No.: (302) 832-7540
**Attorney for Plaintiffs**

Date:   October 3, 2007

cc:    Randeep S. Kahlon, M.D.
       Corbett & Wilcox (Date of Trial: December 17, 2007)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER AND JODI BAER, ) | |
| ) | Civ. No. 06-065-SLR |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, David A. Denham, Esquire hereby certify that on this 3rd day of October 2007, a true and correct copy of the foregoing **NOTICE OF VIDEO TRIAL DEPOSITION** was served upon the following, by electronic filing and first-class mail, postage pre-paid, to:

Seth M. Beausang, Esquire
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
Post Office Box 2046
Wilmington, DE 19899-2046

BIFFERATO GENTILOTTI LLC

David A. Denham Esquire (DE Bar I.D. No. 4240)
Springside Plaza
100 Biddle Avenue, Suite 100
Newark, DE 19702
Telephone No.: (302) 429-1900
Facsimile No.: (302) 832-7540
**Attorney for Plaintiffs**