IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER and JODI BAER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 06-065-SLR |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 4th day of December, 2007, having conferred with counsel;

IT IS ORDERED that the trial in the above captioned case shall proceed as follows: Monday, December 17, 2007 from 9:30 a.m. to 4:30 p.m. and on Tuesday, December 18, 2007, from 9:30 a.m. to 3:00 p.m. and from 5:00 p.m. to 6:30 p.m.. Plaintiffs shall have seven (7) hours to present their case; defendant shall have five (5) hours to present its case.

_____
United States District Judge