UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER and JODI BAER : | |
| : | C.A. No. 06-0065-SLR |
| Plaintiffs, : | |
| v. : | |
| : | |
| THE UNITED STATES OF AMERICA, : | |
| : | |
| Defendant. : | |

**NOTICE OF DEPOSITION**

TO:   Vincent A. Bifferato, Jr.
      200 Biddle Avenue, Suite 203
      Newark, DE 19702

I, Seth M. Beausang, hereby attest under penalty of perjury that on this 5th day of December, 2007, I gave Plaintiff notice by ECF that Defendant will take Dr. Stuart Trager's video trial deposition beginning at 3:00 p.m. on December 6, 2007, and continuing for as long as needed, at the following location:

United States Attorney's Office
1007 North Orange St. Suite 700
Wilmington, Delaware 19801

The deposition will be recorded by video and stenographic means.

COLM F. CONNOLLY
United States Attorney

By:   /s/ Seth M. Beausang
      Seth M. Beausang (De. I.D. No. 4071)
      Assistant United States Attorneys
      The Nemours Building
      1007 Orange Street, Suite 700
      P.O. Box 2046
      Wilmington, DE 19899-2046
      (302) 573-6277