

# BifferatoGentilotti

ATTORNEYS AT LAW
www.bglawde.com

Vincent A. Bifferato, Jr.
Newark Office
vbifferatojr@bglawde.com

December 13, 2007

**BY E-FILE**
**AND BY HAND-DELIVERY**
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

    Re:   *Gary Baer and Jodi Baer v. The United States of America*
           C.A. No. 06-065 SLR

Dear Judge Robinson:

    I write to inform Your Honor that the parties reached a settlement of the above-captioned matter at mediation before Judge Poppiti on December 6, 2007. The parties immediately informed Your Honor's staff by telephone. This letter is to confirm the settlement in writing. The parties will file a Stipulation of Dismissal shortly.

    The parties appreciate Your Honor's efforts in the matter.

                                       Respectfully Submitted,

                                       Vincent A. Bifferato, Jr.

VABjr/mt

cc:    Seth M. Beausang, Esquire (by facsimile and first-class mail)
        Ms. Francesca Tassone, Case Manager (by hand-delivery)

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC