IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER AND JODI BAER, ) | |
| ) | Civ. No. 06-065-SLR |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by the parties, through their undersigned counsel, that the above-captioned matter shall be dismissed with prejudice.

BIFFERATO GENTILOTTI LLC

Vincent A. Bifferato, Jr., Esq. (DE ID#2465)
David A. Denham Esquire (DE ID#4240)
Springside Plaza
100 Biddle Avenue, Suite 100
Newark, DE 19702
Telephone No.: (302) 429-1900
Facsimile No.: (302) 832-7540
**Attorneys for Plaintiffs**

Date: 4/7/08

Seth M. Beausang, Esquire (DE ID#4071)
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
Post Office Box 2046
Wilmington, DE 19899-2046
Telephone No.: (302) 573-6277, ext. 149
Facsimile No.: (302) 573-6220
**Attorney for Defendant**

Date: